# EXHIBIT A



**BRIGHT SKY**
HOSPICE CARE, INC.

January 18, 2023

To Whom it may Concern:

This letter is being written to certify that C     Simon is under my medical care and guidance. She receives hospice services and has multiple medical needs that require for her son to be nearby (driving distance) to assist with her care. Derek is the only child of Ms. Simon and is her primary (only) caregiver. If I can be of further assistance with this matter, please feel free to contact me.

Sincerely,

*Danh Fukuda, MD*

Dr. David Fakuda, MD
Bright Sky Hospice Care, Inc.
502 Cajon St,
Redlands, CA 92373
Phone: (909) 335-1818
Fax: (909) 363-7270