# EXHIBIT B

January 10, 2023

This is a character reverence for Derek Sulenta.

I was fortunate to know and work with Derek as a student in my band program at Ayala High School during the years 1999 through 2003.

During my time with Mr. Sulenta I watched grow to be a great young man through his dedication, commitment, hard work and dependability. The cost to participate in the extra-curricular program was relatively high but he was able to earn his own funding to be part of the program.

Derek participated in several musical ensembles but most notable was his successes in the marching band and Indoor Percussion Ensemble, both of which were gaining state and national recognition. As the program was still developing Derek was able to grow with the program and during his senior year became the Drum Captain which is the highest student leadership position. Mr. Sulenta was an excellent example to his peers and became an excellent leader and a true asset to the rigorous programs.

As I have retired from my 36 year teaching career and moved to another state I have lost touch with Mr. Sulenta except through social media but I have followed his continued commitment to his family and community.

I hope this letter will offer a snapshot of Mr. Sulenta's character and if I can be of any further service, please feel free to contact me.

Mark Stone, Director of Bands, Retired
Ayala High School, Chino Hills, CA