# EXHIBIT C

----- Forwarded Message -----
**From:** Dan Jobe
**To:** "dsulenta
**Sent:** Friday, January 27, 2023 at 10:28:29 AM PST
**Subject:** Character reference letter

Your Honour,

I am writing to tell you of the many fine qualities of Derek Sulenta, whom I have known for more then 10 years in various capacities.

I first met Derek when he applied for a manager position at the Mattress company I ran.

I could see then as I still see now, Derek was a responsible individual that took his responsibilities seriously and would go out of his way to keep a promise.

Over the years after Derek had moved on to a different company we developed a friendship based upon his ability to continue to motivate others with positivity.

Just like myself Derek is an only child and has dedicated himself to taking care of his elderly mother and father sometimes at great expense to himself.

I can say without a doubt that you are dealing with a person of very good moral character.

Derek operates with integrity, and never has a bad word to say about anyone. He is also hard working and dedicated, and never leaves a task unfinished.

On a personal level, may I just say that I really like Derek, and I have no doubts about his abilities to succeed and continue making a positive impact in the lives of others.

Thank you,

Dan Jobe

Dan Jobe