# EXHIBIT D

**From:** Brandi Callahan
**Date:** February 4, 2023 at 2:51:23 PM PST
**To:** derek@
**Subject: Character testimony**

To Whom it my concern,
My name is Brandi Callahan. I am Derek Sulenta's girlfriend. Derek and I began our relationship in 2014 when my daughter was 7 years old. Since the beginning, Derek has stepped into the proud roll of a father and best friend. He has taken care of us and pushed us towards success. When we first met, I was struggling. He encouraged me to finish college so I could provide a worthy life to my daughter. He even paid my student loans so I wouldn't fall behind. He's bought us countless groceries and paid many bills along the way. He's shown unconditional love and support to both of us. I honestly don't know where we be without him. He's been such a loving role model to my daughter and myself over the years. He taught my daughter how to tie her shoes and has bought her every pair of shoes she's ever had since then. He took her to her first "Daddy Daughter" dance and has been there for every magical moment since. It's difficult to put into words how truly big and selfless Derek's heart is. Last year, Derek bought me a car so I can drive my daughter to a prestigious academy across town, offering her an education we wouldn't have had access to without him. Derek has shown us nothing but love since the day we met. He is loving, sweet, selfless and only wants to see everyone around him succeed. The length he goes to support everyone around him knows no bounds. His intentions and his heart are pure. Thank you for allowing me to share this with the courts.

Brandi Callahan