# EXHIBIT E

To the Court,

The greatest blessing I have ever received is to have Derek Michael Sulenta as my son, I have been proud of him every day of his life. He is so smart, opinionated, like everyone else these days, but he is also extremely kind. He has not always had it easy, but has persevered, he has worked continuously since the age of 15 rising along the way to where he is valued and trusted employee in a supervisory position. His mother has terminal cancer and is almost completely dependent on him, besides taking care of her maintenance I strongly believe if it was not for him she would have already given up, any time away from him would surely hasten her demise. Though it is his decision in an unfortunate circumstance, I hate the fact that he hast to hold up his life to constantly on beck and call. I pray that someday he will have a child and know such joy as I have experienced because of him. There is no bigger thrill in life than when your little one takes your hand and says "I love you daddy."  As you know when a situation like this arises the people that love the person suffer the most. We put our hope in fairness and prayer. Thank you for your consideration.

Sincerely,

James Michael Sulenta