# EXHIBIT F

My voice must be heard outloud

I am disabled and on Hospice Home Care
I require 24 hour care by friends and family
My son Derek takes the best care of me
and knows what I need, before I need it
we are on the same thoughts in mind.
He is the most necessary help day to day - esp
actually Night time. He comes every night
to care for me. In and out of bed
he holds my hand. He makes sure I have food
in the fridge, He helps to get my mailbox
and takes me to my Doctor appointments
which are as of Now going to be 6 or 5
days per week.
I am on chemotherapy and begin Radiation,
which will be 5 days per week and 6 total
every 3rd week - I have 45 Radiations
to go and 17 more chemotherapy to complete
He must be by my side as much a I must be by
His side to encourge one another to carry on.
 Daily Activity  85% dependent on another
- in your bed
- dressing clothes
- shower - wash Hair
- grooming in all parts
- change sheets
- keeping stock of diapers - Pads - & under blankets  water proof Pads
- Laundry wash + dry + rebedding the bed sheets
   OVERWHELMING to say the least.
- Hooking up my OXYGEN + tubing not to trip over
  of 50 foot card & secure to get to  Loops
  bathroom and back to bed.

to do things day to Day — But he is all I have

My Brother expired 2 yrs ago this August of Cancer on 8-10-2021 age 67
Same as Mine

My Father passed just 2 weeks ago of Cancer 12-29-22 age 88
Same as Mine

My Mother passed (age 71) 12-13-2005 just 6 months before her 50th Wedding Anniversary
stroke + massive Heart Attack, lived 28 days after

① My Sister Lives in Georgia
② other Sister Lives in Los Angeles works 6 days a week
③ other closest relatives are live out of state Oregon ⓐ
     Nevada ⓑ

I have NO one close to care for me and I Forbid the thought of a Skilled Nursing Facility
I WANT to go home while in my home

Everyone works so many hours per day 2-3 jobs some daily just to pay bills, + keep gasoline in car + feed / cook EAT, Kids / family

I can't imagine Derek (NOT) with me
Please find Mercy on my Behalf.
                                    Respectfully,
Mother of Derek M.
Sulenta                             C. Simon

Help I have thru Medical Government Insurance is the following
- RN once a week
- Dr every month - more if need + nurse
- Chaplin every month
- Social worker - Should be 1 time month but not always as scheduled
- Oncology Labs every 2 week
- Chemo every 3 weeks
- Cancer Doctor every 3 weeks
- Radiation Dr every 5 days per week Monday to Friday, & then 2 days off except every 3 wks its 6 days a week
- Pulmonary function test Pulmonary every 8 weeks see Dr.
- 3.5 Maintain oxygen distill water + all levels %
- Wound care + supplys track & order

△ The wound care alone everyother day takes approximately 5-7 hours

I am very dependent on my son Not only to help me change wet to dry / dry to Wet bandages + tape required. 3 layers per area + soap + ointment
reas manage The Cancer is mainly on Rt arm - & I am Right handed which makes it impossible to NOT have Dereks Assistance. I requires so much patience + tender care - Because it really hurts alot he is very good at woundcare but I must say it changes everyday the way it grows width- lenth + Height which reqires another mathamatical evaluation engineer approach position on each of 5 steps per area - bottom to top bandage soap ointment bacterial tape dry pad re-wipe then 4-5 bandages large is 6×10" then 5x5" and so on with buddy tapes to land + stick each one *5 areas

<u>Severe</u> Hypertension Avg. daily 199/112 over 3 years Now - Runs in the family History I am 4'9" inches 86 pounds Children come in every in every chance to be grown upright. My son Derek attended Christian Church, Wednesday nights kid Bible Study, Sunday Mass and is taught well Children as we even adults do - make many mistakes. When we are wronged we are made right. We taught him to always forgive but don't forget the lesson - There is always something to learn - Good Bad or indifferent Set the example - Thats what Derek always did and does to this day. Choose your friends wisely - listen to both before you conclude Never instigate - But always he was the one each step or school year to DE-ESCLIATE the matter at hand - which comes Naturally to him the compassion in his heart and hands speaks wisely -

His stepfather was not a good example to him - Sure he did nice things but mostly wrong in Language + reaction. - Very Abusive in every which way you can think - or imagine Children are what they are - They are bound to <u>teach</u> what they are <u>taught</u> - I'm so grateful for his close knit friends and if - you can count on one hand who you can entrust your deepest thoughts - Hopes, and wishes to ---- Then you are very lucky. His family is becoming less in number 3 my old this side year by year - But he is blessed to have each family member make an a great impression that is life lasting forever - Always just say: Remember WHEN?

As you might imagine I panic daily. which requires medicine along with pain medicine

Everything, Plans for any day needs - Adjustments a; requires alot of patience & understanding despite its never be like the day before don't ever count on that. I'm overusing my left arm to compensate & No use of Right arm - stuck at 90 degrees - In all motions elbow @ side. Left shoulder joint has a sharp stab pain, at the joint now because I am RIGHT hand dominate

Needs surgery → The following is a Review of My present Health pre-post
• Voice Impairment (SPEECH)  few years now
  ... "its an inverted vocal cord that has turned inside out 1/3 part - I need assistance on any calls
• Hearing -? my opinion is 3/4 deaf RT worse than Left.
needs surgery - compare good
• Swallowing is not good only soft & avoid ty liquidly foods no solids or bread
  Derek knows just my simple menu to prepare
• Eyesight = 60% less - got eyeglasses - NOT ANY rea help?
  but still need eyeglass+ magnify re magnifire to read anything mail even my own writing
• Unable on housekeeping - dishes - laundry wiping counters or mirrors

Just nothing works my way. Son does it all Even changing a light bulb - He does it for me
• Social Anxiety keeps me homebound besides
• Krones disease is full time on incontinence
needs surgery Heart needs 2 stents not able to get cardiac clearance

and thats how you pay it all forward
one to another — sister to brother
as I was lucky to have siblings —
   I am now 60 years old — His father
is now 76 years old — seems to be in
good health. But only naturally my son
Derek worries about us both
My health is poor — at best Grave prognosis
His Fathers health is only Age
related, despite 3 or 4 hospital
stays in past recent years — ? (2) ?
   In closing my respect + outcome
   My Son means the world to me — as
any parent would state ... however,
I can not get along with out him
in Anyway whatso-ever.

   I depend on him and share the
good news when I get it (RARE)
and let him know each day
how things are going.
   I plead my son can
Stay along with me, I need his
hand to hold and the ever-so-much
conversations are what keeps my spirits
a bit above sea level.
   He is My one + only blessing that
is Derek, for my entire life long —
what the Lord's blessing will be — done
   Just please don't let him be
absent from me — I don't want to
die alone. He is having trouble accepting

IN closing we all will climb mountains to the top, if we slip or slide we sit or stand back up again + start over to glow by faith with what is instilled by strength — Children come with every chance to be fair to one another, successful, wisdom, and eternal life — We all learn by listening to one another which is taught by example and then multiplied.

. We beg forgiveness when we know we have ignored instruction. We always teach our children to remain in line, never hurt mother nature or God's created Earth. We are a land of plenty to share with each other. + everyone

I am completely dependent on my son, my walker + or wheelchair + all else mentioned on previous pages I feel like a bird in flight — flapping my wings — exausted and just want to land on solid ground with my family present