# EXHIBIT H

**FEDERAL PUBLIC DEFENDER**
CENTRAL DISTRICT OF CALIFORNIA
411 WEST FOURTH STREET, SUITE 7110
SANTA ANA, CALIFORNIA 92701-4598
714-338-4500
714-338-4520 FACSIMILE

**CUAUHTEMOC ORTEGA**
*Federal Public Defender*
**AMY M. KARLIN**
*Chief Deputy*

**ANGELA VIRAMONTES**
*Riverside Branch Chief*
**KELLEY MUNOZ**
*Santa Ana Branch Chief*
**K. ELIZABETH DAHLSTROM**
*Chief, Capital Habeas Unit*

January 17, 2023

Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Ave, NW
Washington, DC 20001

    Re:    **US v. Derek Sulenta, Case No. 1:22-cr-00340-TSC**

Dear Clerk of the Court:

    Enclosed please find money order R104354861281 and money order R104354861292 on behalf of defendant Derek Sulenta in Case No. 1:22-CR-340-TSC.

    Money order R104354861281 is in the amount of $500 for restitution pursuant to page 6 of his plea agreement (enclosed). Mr. Sulenta wishes to place this amount on deposit pending sentencing on February 22, 2023. We understand the victim to ultimately receive the restitution is:

Architect of the Capitol
Office of the Chief Financial Officer
Ford House Office Building, Room H2-205B
Washington, DC 20515

    Money order R104354861292 is in the amount of $10 for the special assessment pursuant to page 1 of his plea agreement (enclosed). Mr. Sulenta wishes to place this amount on deposit pending sentencing on February 22, 2023.

    Sincerely,

*[signature: Kelley Munoz]*

Kelley Munoz
Deputy Federal Public Defender
Santa Ana Branch Chief





SLA1

**FedEx Express** Package US Airbill

FedEx Tracking Number: 8085 2181 0707

Form ID No.: 0215

**1 From** *Please print and press hard.*

Date: 1/17/23

Sender's FedEx Account Number: 1823-6985-3

Sender's Name: Kelley Munoz, DFPD

Phone: (714) 338-4500

Company: FEDERAL PUBLIC DEFENDER

Address: 411 W 4TH ST STE 7-110

City: SANTA ANA   State: CA   ZIP: 92701-4598

**2 Your Internal Billing Reference**

U.S. v. Sulenta F/22-310

**3 To**

Recipient's Name: Clerk of the Court   Phone: 202-354-3000

Company: United States District Court for the District of Columbia

Address: 333 Constitution Ave., N.W.

City: Washington   State: DC   ZIP: 20001

0120107003

**4 Express Package Service**

- [ ] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [X] FedEx Standard Overnight
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**5 Packaging**

- [X] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options**

- [ ] SATURDAY Delivery
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?

- [X] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice

- [ ] Cargo Aircraft Only

**7 Payment** *Bill to:*

- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages ___ Total Weight ___ lbs   Total Declared Value† $____.00

611