# EXHIBIT I

Your Honor,

I appreciate you taking your time to consider my statement. My name is Derek Michael Sulenta.

I did not travel to DC planning to overthrow any judicial process or engage any sort of criminal acts. I went because I thought it would be patriotic to support the then President and hear him speak, and I wanted to show my support no matter what, meaning whether election fraud was found or not and whether he remained the president or not. I did not envision what actually happened. Once there, I was in a crowd unlike anything I had ever seen in my life, and I allowed myself to get caught up in the chaos and herd mentality. I was pushed back by the weight of the crowd at some point but then when we got closer I entered an already opened door.  At the time I made social media posts documenting the situation. After following the crowds through the building, I left when another officer asked me (among others) to leave and pointed me to the direction to go out of the building.

I respect the rule of law and as I admitted during my plea hearing I know I was not permitted to enter the Capitol building that day. That is why I have not fought my case at all and sought to wrap it up as soon as a plea offer was presented. At the same time I will say that January 6 was not pretty and I don't brag about it in any fashion. My social media posts were made during the chaos of that day which I regret. That I allowed myself to be a part of something that went very wrong is what leads me here today. I know I am responsible for my actions in going through the Capitol, but hope that 46 minutes on an off day do not override 37 years of being an upstanding citizen.

I was born in Downey, California to Jim and Carol Sulenta in 1985. Unfortunately, my parents split less than three years later. I then was regulated to see my father every other weekend. During this time my mom met my soon to be stepfather Walter Simon. Due to unfortunate circumstances my dad was forced to move out of state to Arizona when I was eight years old. By this time my mom was in a full committed relationship engaged to my future stepfather. Little did anybody know that the future would present us with different sorts of abuse both mental and physical for my mom and myself on behalf of my stepdad. My dad lived in Bullhead City, Arizona for 25 years and I would see him once a year. Although my dad lived far from me for so many years we always kept in touch and maintained a special relationship. My dad wrote me letters and mailed them out weekly. Even through the distance I've always been extremely close with my dad. On top of the letters he never missed our weekly call. I never let my dad know the extent of the abuse that was occurring in the household. But even from a distance he proved to be so close to me and always reassured me that I was doing great and he couldn't be more proud. Those calls and letters meant so much to me that I still keep a collection of those letters to this day.

Throughout the years my stepdad became more abusive and after he joined the police academy and was hired on as a Riverside County Sheriff it really took a turn for the worse. Sadly, the abuse was no longer only directed at me, it also included my mom to

the point where we were awarded a permanent restraining order. When I was 19 years old I had taken a new job selling cars, which was a big step up from my previous clothing retail sales job. Every night I would call my mom and ask her what was for dinner as my mom is a great cook and always made something different and left me a plate in the microwave. She answered the phone and I instantly knew she had been crying. I asked her , "What is it this time?" She proceeded to share with me that I cannot come home. I asked her what that meant because at that time I had a new job selling cars but I was still going to college and she said that I was no longer allowed to come home or have any sort of access to the house. This was a very sudden thing as I always knew that my stepdad and I were at odds. However, my good grades and being able to pay my way for myself was kind of the underlying deal to this sort of thing not taking place. But when I was able to provide for myself he had nothing else to hold over my head besides a roof and my mom. That night I was able to call my girlfriend and stay at her house. Her parents were always happy to have me around and took me on multiple family vacations. Me knowing that is not a permanent solution. I ended up having to sleep in my car for 4-5 days a week. Luckily there was a safe neighborhood just around the corner from Mount San Jacinto College where I was attending at the time in Menifee, California. I would shower at my girlfriends house the night before, sleep in my clothes and go to school. After that I would already have my other clothes pressed to go to my car sales job. It was a rough time figuring out how to live more or less on the road by myself.

I started doing pretty well at the dealership and I was able to secure an apartment on my own at the age of 20 I was able to prove my income and put the lease completely in my name. After that I would still stay in touch with my mom even though I felt kicked to the curb. But the fact that I was no longer there, I knew the abuse would roll unfortunately onto her. Which was precisely what happened. Keeping in touch with her throughout those this time was very tough because I know that she would never give me the full story about the abuse taking place. December 31, 2006 I called my mom and asked her what she was doing for New Year's and she told me that she was going to church with her friend and that she would be out for the night. I on the other hand was going to Canyon Lake to go visit a friend, on the way I decided to stop by the house to see my two cocker spaniels that I grew up with Dixie and Daisy. I pulled up to the home thinking that my mom was already gone walked in the door and saw my stepdad that we've had a restraining order on at this point he asked me, "what the fuck am I doing there?" I asked him pretty much the same thing. He started coming towards me pretty quickly (he is 6'4 and 230 lbs) so I decided to go out the front door. Thankfully I had pulled my truck in the driveway which blocked the vehicle that was being hidden in the garage which I could not have seen from the outside. So he opened the garage and wanted to back out but my truck was in the driveway. Then he cowered back inside and shut the garage. At that point I proceeded to call the Canyon Lake police to let them know the interaction that just took place and that he's in the house with my mom while he has a restraining order and I'm not sure what's going on. They responded and arrested him that day. Unfortunately all after all that took place my mom still eventually decided to drop the restraining order due to what was later diagnosed as battered wife syndrome.

I always recognized that this abuse was his problem and not mine. I've always had an underlying fear of ever being a stepfather to anyone in any capacity because of the situation that I incurred. However, when I met Brandi and her daughter Jacklyn I knew that they were beautiful people that just needed to be put on the right track. Since then I have been there for them completely in every aspect when it comes to ensuring good grades, after school activities, warm jackets, groceries or anything else that's needed. I knew in my heart if I was going to even attempt this role, I had to do everything opposite of what I was shown as a child. Since then I have helped guide both on the right track. Brandi being extremely successful in starting at entry level and now in dental management. Jacklyn is consistent getting all A's and B's, as well as being accepted in honors classes and is currently in a program for young lawyers in high school. I gifted my Hyundai Elantra to Brandi while I still owed over a year of payments so she could make sure that she was able to always be punctual for work and Jacklyn was able to get to school without a hiccup. At this point I went without a car for several months and once the car was paid off I sent Brandi the pink slip.

My goal in life is to build everybody up and let them know that we all have the potential to be better and uplift those around us. I've always been a leader when it came to Drumline I was able to lead my ensemble to 5th place in the United States while competing at the highest division available in Dayton, Ohio 2003. To sales, to management to whatever I set my mind to. I've been a proven leader for the top furniture manufacturing Company in the world Ashley Furniture. I've been responsible for $15 million budget. I've always been in a trusted position no matter what it came to. As someone who believes in myself I was able to overcome all of the "setbacks" that I may have had in life.

I missed my dad for all those years and I always told him that one day I will have the capacity to have him live with me again in California. It took me many years of being a salesman with a proven track record to be able to climb up the ladder. In 2019 I was able to fulfill that dream as my dad was into his 70s by then and I had the ability to take care of him and improve his standard of living. Nowadays my mom is having a tough time therefore by proxy so am I. She is on hospice due to cancer and is undergoing chemotherapy. I moved out here in August knowing that my mom was asking me to be here for her more often. Driving from LA to Canyon Lake was not sustainable. I'm happy to be with my mom and support her in every way. I take her to all her doctors appointments, I coordinate her bills and make sure that she's always fed with a full refrigerator and making sure she is taking her medication. It's tough for her it's tough for me. These are things that nobody wants to see. However, I am blessed to have the opportunity to show my strength to my family and to set an example for anybody who cares to follow. Since I've been with my mom she has come around quite a bit as far as lighting up again. She was by herself for too long. Which potentially might be a failure on my behalf. She is more open and willing to try or accept new treatments (always her choice.) Her overall outlook is far more positive and continues to build on the positivity I echo everyday. She feels comfort knowing that after work even if it's a long day I'll be there. My mom Is not immobile however she struggles to do basic tasks her cancer has

taken a large portion on her right shoulder which limits her movement of her predominant arm. When I was a child I had severe asthma and I would get pneumonia almost yearly and I would be in the hospital for a week at a time. My mom would never leave my side and would be there for me and explain to me that even though they're offering sloppy Joe's on the menu for the hospital It won't be the same as mine. Not in this life would have ever have the forethought that I would be making her sloppy Joe's. I couldn't imagine not being there the way she always was for me. I do everything in my power to take care of her and make sure that her standard of living is of kept to the highest potential possible. I'm always there to make sure that she has everything from bandages to diapers to creams to lotions to special shampoo and anything else needed. She is extremely reluctant to have any other nurses come by as most just go through the motions and are not as gentle. I've become good enough at being able to change her bandages to her standard. She only sees the nurse for bandages once a week so when the bandages are bleeding through or start to smell that is my signal to take care of it. That way we don't feed the infection. Sometimes she feels up to going grocery shopping with me which makes me feel extremely happy. I believe in her so much and I know that my positivity and necessity around the house is crucial to her recovery. She's been on chemotherapy and now radiation is what they are suggesting next. I've been an extreme advocate for my mom and honored everything she's asked.

 I have power of attorney and unfortunately for me, my mom has chosen a "DNR". My fear is that if I was to be absent and something happened and she was reluctant to change that "DNR" clause I would never see her again. This would be extremely detrimental to anybody. I love and care about her so much. At the same time my father who is physically healthy and has all his mental acuity is 76 years old. Between my mom and my dad in the last six weeks someone has been falling each week and luckily I've been here a couple times been able to even prevent it but even when I'm an hour away at work and I get that phone call that someone fell. I feel so handicapped for lack of a better word let alone if I was to be absent for longer than an hour to two drive away from them.

After Entering the car business at 19 years old I've been in sales since and I've always been able to succeed at every job and right now currently I'm at the best position that I've been including the capacity to provide for people that I love. My job and my career is extremely important to me as I would never want to compromise the proper quality of care that I can provide to my mother and my father. Since that day, and long before that day, I live an honest life and don't have issues with the law.


Thank you,
Derek Sulenta